UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Send

CIVIL MINUTES - GENERAL

**Case No.** CV99-2268-LGB(RNBx) Date 7-22-99

**Title:** INFONET SERVICES CORP. vs MATTHEW NICHOLS, etal

================================================================

**PRESENT:**

**HON. LOURDES G. BAIRD, JUDGE**

| | |
|---|---|
| **Karen Kirksey** | **Not Present** |
| **Deputy Clerk** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS** | **ATTORNEYS PRESENT FOR DEFENDANTS** |
| Not Present | Not Present |

**PROCEEDINGS:** **ORDER TO SHOW CAUSE** **(IN CHAMBERS)**

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **8-13-99** why this action should not be dismissed for lack of prosecution

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1) **A proof of service of summons and complaint on the defendants**

on or before the above date, as a satisfactory response to the Order to Show Cause.

7/23/99 ENTERED ON ICMS

**MINUTES FORM 11**
**CIVIL - GEN**

**Deputy Clerk** ____