UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

ENTERED
CLERK, U.S. DISTRICT COURT
SEP - 7 1999
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
SEP - 2 1999
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

INFONET SERVICES CORP.,

Plaintiff

vs

MATTHEW NICHOLS, etal,

Defendant.

CV99-2268-LGB(RNBx)

DISMISSAL BY COURT FOR FAILURE TO COMPLY WITH LOCAL RULES AND FEDERAL RULES OF CIVIL PROCEDURE

WHEREAS, on July 22, 1999, the Court issued an Order to Show Cause why this action should not be dismissed for failure to comply with the Local Rules and Federal Rules of Civil Procedure and orders of this Court;

A written response to the Order to Show Cause was ordered to be filed not later than August 13, 1999. As of today's date, no response has been received by this Court;

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action is dismissed **WITHOUT PREJUDICE** for plaintiff's failure to comply with the Local Rules, Federal Rules of Civil Procedure, and orders of this Court.

DATED: SEP 02 1999

LOURDES G. BAIRD
U.S. DISTRICT COURT JUDGE

DOCKETED
MLD COPY PTYS
MLD NOTICE PTYS
JS-6

SEP - 7 1999

SEP 07 1999
ENTERED ON ICMS

5